UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARCY SMITH, on behalf of himself
and all others similarly situated,

                                                  JUDGMENT
                                                  17 CV 4225 (RJD)

                       Plaintiff,

       -against-

SMITH CARROAD LEVY & WAN, P.O.,

                      Defendant.
-------------------------------------------------------------X

       A Memorandum and Order of Honorable Raymond J. Dearie, United States District Judge having been filed on March 29, 2019, granting Defendant's motion for judgment on the pleadings; it is

       ORDERED and ADJUDGED that Defendant's motion for judgment on the pleadings is granted.

Dated: Brooklyn, New York                                       Douglas C. Palmer
       March 29, 2019                                                 Clerk of Court

                                                            by:    */s/ Jalitza Poveda*
                                                                       Deputy Clerk